FID 1422505

WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ERICK O. ALFARO  (DETAINER)<br><br>DOB:           PDID# | DOCKET NO 07-337    MAGIS NO<br><br>**FILED**<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>ERICK O. ALFARO<br>MAY 1 5 2008<br>NCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

| WARRANT ISSUED ON THE BASIS OF | DISTRICT OF ARREST |
|---|---|
| ☒ Order of Court   ☐ Information<br>☐ Indictment      ☐ Complaint | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Bench Warrant issued as a Detainer- defendant committed in another Jurisdiction ( Montgomery County Jail)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION | |
|---|---|---|
| BAIL FIXED BY COURT<br>HELD WITHOUT BOND | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>Magistrate Judge John M. Facciola | JUDGE/MAGISTRATE JUDGE<br>JOHN M. FACCIOLA<br>U.S. MAGISTRATE JUDGE | DATE ISSUED<br>December 10, 2007 |
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK. *(signature)* | DATE<br>December 10, 2007 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>15 MAY, 2008<br>DATE EXECUTED<br>15 MAY, 2008 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>DUSM Robert C. Byars | SIGNATURE OF ARRESTING OFFICER<br>Reporting<br>*(signature)* |