UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-337 (HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **ERICK O. ALFARO** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney EMILY MILLER, at telephone number (202) 514-7533 and/or email address Emily.Miller2@usdoj.gov.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney


            /s/
BY:   EMILY MILLER
       Assistant United States Attorney
       Bar No. 462-077
       555 Fourth Street, N.W. Room 4237
       Washington, D.C. 20530
       (202) 514-7533
       Emily.Miller2@usdoj.gov