# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America   v.

**ERICK ALFARO**

_____
Name                         Address                         Telephone Number

Case No.: **CR07-337**

PDID: _____

## HIGH INTENSITY SUPERVISION PROGRAM (REVISED 11/29/04)

YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW.  THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF, OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDICIAL OFFICER.

**FILED**

**MAY 20 2008**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

| | |
|---|---|
| **Community Supervision** [X] | You have been placed into the Community Supervision Phase of the High Intensity Supervision Program with Electronic Monitoring and are to follow the rules, regulations, and requirements of the Program.  You are to: <br><br> Report for Program orientation on **5/21/08** at 10:00 a.m. at 633 Indiana Avenue, 10th floor, Suite 1020, NW, Washington, DC. <br><br> **Maintain face-to-face contact, abide by a curfew, attend group sessions, and/or participate in drug testing, as directed by the Pretrial Services Agency staff.  You are to refrain from any illegal drug use.  Failure to refrain from illegal drug use or to comply with your drug testing condition will result in an assessment for your placement into the Sanction-Based Treatment Program.  Infractions of your contact and/or curfew requirements will, at a minimum, result in a more restrictive curfew, increased reporting requirements, and/or placement in the Home Confinement Phase of the Program, as described below and on the reverse of this Order.** |
| **Home Confinement** [ ] | You have been placed into the Home Confinement Phase of the High Intensity Supervision Program with Electronic Monitoring and are to follow the rules, regulations, and requirements of the Program.  You are to: <br><br> Report for Program orientation on _____ at 10:00 a.m. at 633 Indiana Avenue, 10th floor, Suite 1020, NW, Washington, DC. <br><br> **Maintain a 24-hour curfew for the initial 21 days of Program participation.  In addition, you are to maintain face-to-face contact, attend group sessions, and/or participate in drug testing, as directed by the Pretrial Services Agency staff.  You are to refrain from any illegal drug use.  Failure to refrain from illegal drug use or to comply with your drug testing condition will result in an assessment for your placement into the Sanction-Based Treatment Program.  Infractions of your contact and/or curfew requirements will, at a minimum, result in an increase in your 21 days of 24-hour curfew for up to an additional 21 days.  After successfully completing the Home Confinement Phase, you will be placed into the Community Supervision Phase of the Program.** |
| **STAY AWAY** | You are to stay away from: |
| **OTHER** | |
| **You Are to** | Refrain from committing any criminal offense and comply with all of your conditions of release, or you shall be subject to additional proceedings, **the penalties for which are explained on the reverse side of this order.** |
| **NEXT DUE BACK** | On **May 27, 2008** in Courtroom **27A** at **12:30** am/**pm**.  If you have any questions about the date, time or location, call the DC Pretrial Services Agency at (202) 220-5530. | Your Attorney: **MILES, Tony** <br> **2/ 208-7500** |

Defendant's Signature: X _____

I understand the penalties that may be imposed on me for willful failure to appear, for violation of any conditions of release, and I agree to comply with the conditions of my release and to appear as required

Witnessed by: _____   (title or Agency) **DC PSA**

> **IMPORTANT**:  YOU MUST MAINTAIN YOUR RESIDENCE AT THE ABOVE ADDRESS.  YOU CANNOT CHANGE YOUR ADDRESS WITHOUT PRIOR NOTIFICATION TO AND THE APPROVAL OF THE DC PRETRIAL SERVICES AGENCY.  YOU MUST IMMEDIATELY NOTIFY THE DC PRETRIAL SERVICES AGENCY OF ANY CHANGE OF EMPLOYMENT OR OTHER CHANGE THAT MAY IMPACT ANY OTHER RELEASE CONDITION.

**5/20/08**
_____
Date

SO ORDERED:

_____
Signature of Judicial Officer

## Advice of Penalties and Sanctions

YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE NOR VIOLATE ANY
CONDITIONS OF THIS RELEASE ORDER. ANY RE-ARREST FOR ANY OFFENSE BASED
UPON PROBABLE CAUSE MAY BE GROUNDS FOR REVOCATION OF THIS ORDER.

**A violation of any of the conditions of this order may result in a forfeiture of any bail posted,
the revocation of this release order, prosecution for contempt of court,
and the immediate issuance of a warrant for your arrest.**

1.        It is a criminal offense under 18 U.S.C. § 3146 if, after having been released, you, the defendant, knowingly fail to appear as required by the conditions of release or to surrender for the service of a sentence pursuant to a court order. If you were released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

   1) an offense punishable by death, life imprisonment or for a term of fifteen years or more, you shall be fined not more than $25,000 or imprisoned for not more than ten years, or both;
   2) an offense punishable by imprisonment for a term of five years or more, you shall be fined not more than $10,000 or imprisoned for not more than five years, or both;
   3) any other felony, you shall be fined not more than $5,000 or imprisoned for not more than two years, or both;
   4) a misdemeanor, you shall be fined not more than $2,000 or imprisoned for not more than one year, or both.

A TERM OF IMPRISONMENT IMPOSED FOR FAILURE TO APPEAR OR SURRENDER SHALL BE
CONSECUTIVE TO THE SENTENCE OF IMPRISONMENT FOR ANY OTHER OFFENSE.

2.        The commission of any offense on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

## ADMINISTRATIVE SANCTIONS FOR INFRACTIONS OF THE HIGH INTENSITY SUPERVISION PROGRAM RULES AND REGULATIONS

You have been placed by the Court in the High Intensity Supervision Program administered by the D.C. Pretrial Services Agency. You will be assigned a Case Manager who will orient you to the rules, regulations, and other requirements of the High Intensity Supervision Program. You will be given a contract outlining the rules, regulations, and other requirements of the Program and must sign the contract indicating you are willing to abide by the rules, regulations, and requirements of the Program.

If you have been placed in the COMMUNITY SUPERVISION PHASE of the Program, ANY infraction of any of the rules, regulations, or other requirements of the Program will subject you to more restrictive curfew hours, increased reporting requirements, and/or placement in the Home Confinement Phase of the Program for 21 days. Subsequent infractions will result in an immediate notification to the Court with a request that a hearing be held to consider revocation of your release conditions.

If you have been placed in the HOME CONFINEMENT PHASE of the Program, ANY infraction of any of the rules, regulations, or other requirements of the Program will subject you to continued placement in the Home Confinement Phase of the Program for up to an additional 21 days as well as an immediate notification being made to the Court of your infraction with a request that a hearing be held to consider revocation of your release conditions.

Throughout your participation in the High Intensity Supervision Program, PSA will submit to the Court cumulative weekly reports regarding any infractions of the rules, regulations, and requirements of the Program. As noted above, if you have been placed in Home Confinement, PSA will notify the Court immediately of each infraction that you commit.