UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 07-337 (HHK) |
| v. | VIOLATIONS: 21 U.S.C. § 844(a) (Simple Possession of a Controlled Substance); |
| ERICK O. ALFARO, | 22 D.C. Code § 4504(a) |
| Defendant. | (Carrying a Pistol Without a License) |

INFORMATION

The United States Attorney charges that:

COUNT ONE

On or about November 19, 2007, within the District of Columbia, ERICK O. ALFARO, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(Simple Possession of a Controlled Substance, in violation of Title 21, United States Code, Section 844(a))

COUNT TWO

On or about November 19, 2007, within the District of Columbia, ERICK O. ALFARO, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license(s) pursuant to law.

(Carrying a Pistol Without a License, in violation of Title 22, District of Columbia Code, Section 4504(a))

JEFFREY A TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: *(signature)*
EMILY A. MILLER
Assistant United States Attorney
Bar No. 462-077
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, DC 20530
(202) 514-7533
Emily.Miller@usdoj.gov