AO 455 (Rev 5/85) Waiver of Indictment

# United States District Court    **FILED**

_____ DISTRICT OF _____

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| ERICK HIJARO | |
| | CASE NUMBER: 07-337 |

I, __ERICK HIJARO__, the above named defendant, who is accused of

Simple possession of a controlled Substance
(21 USC 844(a))

Carrying a Pistol without a license
(22 DCC 4504(a))

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 27, 2008__ prosecution by indictment and consent that the
                                     Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Henry Kennedy__
            Judicial Officer