UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
MAY 17 2008
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Case No. 07-337 (HHK) |
| ERICK O. ALFARO | : |

## STATEMENT OF FACTS

The parties in this case, the United States of America and the defendant, Erick O. Alfaro, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that the defendant committed the offenses to which he is pleading guilty.

1. On November 19, 2007, at approximately 11:25 p.m., officers of the Metropolitan Police Department operating in a plain clothes made contact with the defendant, Erick O. Alfaro, in front of 4815 North Capitol Street, N.E., Washington, D.C. Officer Robinson asked the defendant if he had any drugs, guns, needles or stems. The defendant took a deep breath, shook his head from side to side, and said "yeah." The defendant removed a clear bag from inside of his boxer shorts and placed it in Officer Robinson's hand. The bag contained nine smaller bags consisting of a total of 4.8 grams of cocaine. Officer Robinson placed the defendant in handcuffs and asked him if he had anything else. The defendant said "yeah." Officer Robinson removed a clear plastic bag ~~containing a~~ from the defendant's right pocket. That bag contained an additional 24.2 grams of cocaine. The police also recovered $252.33 from the defendant's left sock.

2. Officer Robinson asked the defendant if he had anything else. The defendant stated, "yeah, a gun." Officer Robinson removed a silver and black Ruger nine millimeter semiautomatic pistol from the defendant's waistband. There were two rounds of ammunition in the pistol. The pistol was test-fired and found to be operable. The defendant does not have a license to carry a

pistol in the District of Columbia.

_____
EMILY A. MILLER
Assistant United States Attorney

_____
TONY MILES, Esquire
Attorney for Defendant

_____
ERICK O. ALFARO
Defendant

5/22/08
_____
Date

5-27-08
_____
Date