UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ERICK O. ALFARO,**<br><br>Defendant. | Criminal 07-0337 (HHK) |

### ORDER FOR ERICK O. ALFARO TO SHOW CAUSE

The court received a request for judicial action dated June 6, 2008 from the District of Columbia Pretrial Services Agency ("PSA"), indicating that defendant has not complied with the conditions of release that were imposed in this case. The alleged violations are set forth in the June 6, 2008 report, and the PSA requests that the court order the defendant to show cause why his conditions of release should not be revoked. Upon consideration of the request for judicial action by PSA, it is this 30th day of June 2008, hereby

**ORDERED** that defendant shall show cause why his conditions of release should not be revoked or modified; and it is further

**ORDERED** that the clerk of the court shall schedule a show cause hearing to take place as soon as the business of the court permits.

Henry H. Kennedy, Jr.
United States District Judge