CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001

UNITED STATES OF AMERICA

V.                                                          Criminal No.

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR:

DATE:

TIME:

JUDGE:

COURTROOM:   No.         -         Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

cc:  Chambers            By:_____
     File                          Deputy Clerk
     Courtroom Clerk

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC  20001

UNITED STATES OF AMERICA

V.                                                    Criminal No.

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR:

DATE:

TIME:

JUDGE:

COURTROOM:    No.           -           Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By:_____
                Deputy Clerk

cc:  Chambers
     File
     Courtroom Clerk